Pearl CROSSLEY

v.

STATE.

No. 32718.

Court of Criminal Appeals of Texas.

Jan. 25, 1961.

C. B. Bunkley, Jr., W. J. Durham, K. F. Holbert, L. A. Bedford, Jr. and Fred J. Finch, by C. B. Bunkley, Jr., Dallas, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal from a conviction for violation of the ordinance of the City of Marshall which we held to be void in Rucker v. State, Tex.Cr.App., 342 S.W.2d 325. The same questions are raised here.

The judgment is reversed and the prosecution ordered dismissed.